# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Bulldozer Gulf General Trading & | ) | ASBCA No. 60740 |
|   Contracting Co. W.L.L. | ) | |
| | ) | |
| Under Contract No. 0049053090 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Shabeeb Z. Al Mutairi
  Chairman

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
  Robin Walters, Esq.
  Trial Attorney
  DLA Disposition
  Battle Creek, MI

## ORDER OF DISMISSAL

The Board docketed this appeal on 16 August 2016. By letter dated 5 September 2016, prior to filing its complaint, appellant requested that its appeal "be removed from the docket at this time." The government does not object to dismissing the appeal without prejudice. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.,* ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: 21 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60740, Appeal of Bulldozer Gulf Trading & Contracting Co. W.L.L., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2